374 U.S. 504
 83 S.Ct. 1880
 10 L.Ed.2d 1046
 Hayward T. DEARHART, Jr.
v.
VIRGINIA.
 No. 745, Misc.
 Supreme Court of the United States
 June 17, 1963
 
 Hayward T. Dearhart, Jr., pro se.
 Reno S. Harp III, Asst. Atty. Gen. of Virginia, for respondent.
 On Petition for Writ of Certiorari to the Supreme Court of Appeals of Virginia.
 PER CURIAM.
 
 
 1
 The motion for leave to proceed in forma pauperis and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of Douglas v. California, 372 U.S. 353, 83 S.Ct. 814, 9 L.Ed.2d 811 and Burns v. Ohio, 360 U.S. 252, 79 S.Ct. 1164, 3 L.Ed.2d 1209.
 
 
 2
 Mr. Justice CLARK and Mr. Justice HARLAN concur in the result.